```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                            Case No. 20-41366-WJL
K & K Technology Corp                                             Chapter 11
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0971-4         User: twilliams         Page 1 of 1           Date Rcvd: Aug 20, 2020
                             Form ID: 309F2          Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
```
db             +K & K Technology Corp,    255 Happy Valley Rd.,    Pleasanton, CA 94566-9774
aty            +Jason Brill Shorter,    United States Trustee Program,    280 S. 1st St., #268,
                 San Jose, CA 95113-3000
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
ust            +Office of the U.S. Trustee/Oak,    Office of the United States Trustee,
                 Phillip J. Burton Federal Building,    450 Golden Gate Ave. 5th Fl., #05-0153,
                 San Francisco, CA 94102-3661
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: itcdbg@edd.ca.gov Aug 21 2020 04:33:50      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 21 2020 04:34:05      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/Text: USCBNotices@cdtfa.ca.gov Aug 21 2020 04:34:07      State Board of Equalization,
                 Collection Dept.,    P.O. Box 942879,    Sacramento, CA  94279
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 21 2020 04:33:46      IRS,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
                                                                                               TOTAL: 4

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
```
              Jason Brill Shorter    on behalf of U.S. Trustee    Office of the U.S. Trustee/Oak
               jason.b.shorter@usdoj.gov, patti.vargas@usdoj.gov
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **K & K Technology Corp** <br> Name | EIN  **27–0462464** |
| United States Bankruptcy Court **California Northern Bankruptcy Court** | | Date case filed for chapter **11  8/20/20** |
| Case number:  **20–41366 WJL 11** | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
# Notice of Chapter 11 Bankruptcy Case
02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | K & K Technology Corp | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 255 Happy Valley Rd. <br> Pleasanton, CA 94566 | |
| 4. | **Debtor's attorney** <br> Name and address | None | Contact phone _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | | Contact phone _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: <br> Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone  (888) 821–7606 <br><br> Date: 8/20/20 |

**For more information, see page 2 >**

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)   **Notice of Chapter 11 Bankruptcy Case**   page 1

Case: 20-41366    Doc# 12    Filed: 08/22/20    Entered: 08/22/20 21:14:03    Page 2 of 3

| | | |
|---|---|---|
| **7. Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 14, 2020 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference**  Call in number/URL: 1–877–991–8832  Passcode: 4101242 |
| **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | | |

| | | |
|---|---|---|
| **8. Proof of claim deadline**  **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadline for filing proof of claim:**  **For all creditors (except a governmental unit):** | 10/29/20 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless:  - your claim is designated as *disputed*, *contingent*, or *unliquidated*;  - you file a proof of claim in a different amount; or  - you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| | |
|---|---|
| **9. Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:** |

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | |
|---|---|
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)     **Notice of Chapter 11 Bankruptcy Case**          page 2

Case: 20-41366    Doc# 12    Filed: 08/22/20    Entered: 08/22/20 21:14:03    Page 3 of 3