| | |
|---|---|
| MARLENE G. WEINSTEIN, TRUSTEE | |
| 1511 Sycamore Ave., Suite M-259 | |
| Hercules, CA 94547 | |
| (925) 482-8982 | |
| mgwtrustee@mgwtrustee.com | |

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>K & K TECHNOLOGY CORP.,<br><br>Debtor(s). | Case No. 20-41366 RLE<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MASTER MAILING**<br><br>[Bankruptcy Rule 2002] |

**TO:** THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 2010 and 11 U.S.C. §1109(b), interested party Marlene G. Weinstein, Chapter 7 trustee of the Bankruptcy Estate of BAP Properties, LLC, hereby requests that all notices given or required to be give in this case and all papers served in this case be given and served upon the undersigned at the following address:

Marlene G. Weinstein<br>
Chapter 7 Trustee<br>
1511 Sycamore Avenue, Suite M-259<br>
Hercules, Creek, California 94547<br>
Telephone: 925-482-8982<br>
Email: mgwtrustee@mgwtrustee.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above, but also includes, without limitation, orders and notices of any application or motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debor or the property of the Debtor.

Dated: December 20, 2020       /s/ Marlene G. Weinstein
                               MARLENE G. WEINSTEIN
                               Chapter 7 Trustee of the
                               Bankruptcy Estate of BAP Properties, LLC

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the City of Hercules, County of Contra Costa, California. I am over the age of 18 years and not a party to this action. My business address is 1511 Sycamore Avenue, Suite M-259, Hercules, California 94547. I am readily familiar with the office's business practices for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 30, 2020, I served the following document(s):
**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MASTER MAILING LIST [Bankruptcy Rule 2002] with attached Certificate of Service**

on each party listed below in the manner or manners described below and addressed as follows:

  X     BY ECF EMAIL NOTIFICATION: by way of the court's ECF email notification to the participating parties and as set forth below.

Office of the United States Trustee          Jared A. Day
Phillip J. Burton Federal Building           Office of the United States Trustee
450 Golden Gate Ave., 5th Floor, #05-0153    300 Booth Street, #3009
San Francisco, CA 94102                      Reno, NV 89509

James A. Shepherd, Esq.
Law Offices of James Shepherd
3000 Citrus Circle, Suite 204
Walnut Creek, CA 94598

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December 2020, at Hercules, California.

                              /s/ Marlene G. Weinstein
                              Marlene G. Weinstein

3

Case: 20-41366    Doc# 78    Filed: 12/30/20    Entered: 12/30/20 11:15:04    Page 3 of 3